# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

# CHARLOTTE DIVISION

UNITED STATES OF AMERICA

V.                  CASE NUMBER: 3:12CR188-24-FDW

MARQUISE DESHAWN WATSON

THIS MATTER is before the Court on Court's Order, filed 09/25/2019, for resentencing.

**NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshals service is hereby ORDERED to transport and produce the body of MARQUISE DESHAWN WATSON (USM# 27492-058), for resentencing before the honorable Frank D. Whitney, in the Western District of North Carolina, Charlotte, North Carolina on or before October 16, 2019, and upon completion of the resentencing hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

IT IS SO ORDERED.

Signed: September 30, 2019

_____
Frank D. Whitney
Chief United States District Judge